**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TRAVIS WINSCHER** | ) | |
| | ) | CIVIL ACTION NO.  **24-871** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GEORGE M. DAVISON and DAVISON** | ) | |
| **DESIGN AND DEVELOPMENT, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, this 19th day of February, 2025, in accordance with the memorandum opinion,

it is hereby ORDERED that the motion to dismiss for lack of subject-matter jurisdiction (ECF No.

10) filed by Defendants, Davison Design & Development, Inc., and George M. Davison, is granted.

The complaint is dismissed without prejudice to the ability of Plaintiff, Travis Winscher, to amend

his complaint to correct jurisdictional allegations or to refile it in an appropriate state forum. The

magistrate judge's Report and Recommendation (ECF No. 17) is adopted as the opinion of the

court, as supplemented by the memorandum opinion.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE