IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRAVIS WINSCHER,** | ) |
| | )    CIVIL ACTION NO.  **24-871** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **GEORGE M. DAVISON and DAVISON DESIGN AND DEVELOPMENT, INC.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER OF COURT

AND NOW, this 19th day of February, 2026, in accordance with the accompanying memorandum opinion, it is hereby ORDERED that the First Amended Complaint (ECF No. 23) filed by plaintiff Travis Winscher is construed as a motion or as an application to vacate or modify an arbitration award, and the requested relief is hereby **DENIED**.

The magistrate judge's Report and Recommendation (ECF No. 29) is adopted as the opinion of the court, as supplemented by the memorandum opinion. The clerk shall mark this case as closed.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE